**Order entered August 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00651-CV

## ANDREW WHITE, CHELSEA BALESTRA, WESLEY MURRAY, AND DAVID GAWLAS, Appellants

### V.

### NHI-REIT OF AXEL, LLC, Appellee

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-18-07841**

## ORDER

Before the Court is the August 16, 2019 unopposed motion of Wesley Murray and David Gawlas for voluntary dismissal of their appeals. We **GRANT** the motion and **DISMISS** Murray's and Gawlas's appeals. The appeals of Andrew White and Chelsea Balestra remain pending.

Also before the Court is appellee's August 19, 2019 agreed motion to extend time to file its brief. We **GRANT** the motion and **ORDER** appellee's brief due on or before August 27, 2019.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE